UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: TRANSUNION RENTAL SCREENING
SOLUTIONS, INC., FAIR CREDIT REPORTING
ACT (FCRA) LITIGATION  MDL No. 2933

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO –2)

On March 30, 2020, the Panel transferred 5 civil action(s) to the United States District Court for the Northern District of Georgia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 437 F.Supp.3d 1377 (J.P.M.L. 2020). Since that time, 1 additional action(s) have been transferred to the Northern District of Georgia. With the consent of that court, all such actions have been assigned to the Honorable Jean−Paul Boulee.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Georgia and assigned to Judge Boulee.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Georgia for the reasons stated in the order of March 30, 2020, and, with the consent of that court, assigned to the Honorable Jean−Paul Boulee.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Georgia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Apr 26, 2021

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

**IN RE: TRANSUNION RENTAL SCREENING
SOLUTIONS, INC., FAIR CREDIT REPORTING
ACT (FCRA) LITIGATION**                                   MDL No. 2933

### SCHEDULE CTO−2 – TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 21−02974 | Michael Reid Lewis v. Trans Union LLC |
| FLORIDA MIDDLE | | | |
| FLM | 8 | 21−00809 | Belluccia v. Transunion Rental Screening Solutions, Inc. |
| FLORIDA SOUTHERN | | | |
| FLS | 9 | 21−80676 | Hernandez v. Trans Union, LLC et al |
| MARYLAND | | | |
| MD | 8 | 21−00889 | Brown v. TransUnion Rental Screening Solutions, Inc. |
| VIRGINIA EASTERN | | | |
| VAE | 1 | 21−00431 | Brown v. Transunion Rental Screening Solutions, Inc. |
| VIRGINIA WESTERN | | | |
| VAW | 7 | 21−00201 | Beard v. TransUnion Rental Screening Solutions, Inc. |



ATTEST: A TRUE COPY
CERTIFIED THIS

Date: ____04/26/2021_____

JAMES N. HATTEN, Clerk

By: _____s/ D. McGoldrick_____
Deputy Clerk